UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re | Case No. 06-10785-WRS |
| | Chapter 7 |
| DEMENTRIUS EARLE HARTFIELD AND DEMENTRIE JO HARTFIELD, | |
| Debtors | |
| DEMENTRIUS EARLE HARTFIELD, | |
| Plaintiff | Adv. Pro. No. 08-01140-WRS |
| v. | |
| MOHAWK FACTORING INC., | |
| Defendant. | |

## MEMORANDUM DECISION

This Adversary Proceeding comes before the Court upon Plaintiff Dementrius E. Hartfield's Motion for entry of Default Judgment. (Doc. 5). Based upon its review of the record in this Adversary Proceeding, it appears that service of process was made upon the Defendant on January 7, 2009. The Court's record does not indicate that an answer or appearance has been made by the Defendant and Plaintiff's counsel has advised that no answer has been received by him. It appears that Plaintiff's Motion for entry of Default Judgment should be GRANTED. The Court will enter judgment by way of a separate document.

Done this 23rd day of February, 2009.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Britt B. Griggs, Attorney for Defendant
  Collier H. Espy, Attorney for Plaintiff